FILED
2007 Sep-25 AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. 07-S-1149-NE** |
| ) | |
| **CLIFTON STEVENSON,** ) | |
| ) | |
| **Defendant.** ) | |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of plaintiff, supported by affidavit, for Judgment by Default in favor of plaintiff, the United States of America, and against defendant, Clifon Stevenson, pursuant to Federal Rule of Civil Procedure 55, the court makes the following findings and conclusions:

1. The Summons and Complaint were served upon defendant on August 7, 2007, and defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person; nor has defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to plaintiff in the principal sum of Three Thousand Nine Hundred Twenty-Six Dollars and Seven Cents ($3,926.07), court costs of

Three Hundred Fifty Dollars and No Cents ($350.00) pursuant to 28 U.S.C. § 2412(a)(2), interest accrued as of September 25, 2007 in the amount of Three Thousand Eight Hundred Sixty-Five Dollars and Seven Cents ($3,865.07), and costs of effecting service of process in the amount of Fifty-Five Dollars and No Cents ($55.00), and.

    4. Plaintiff is due to recover from defendant the total sum of Eight Thousand One Hundred Ninety-Six Dollars and Fourteen Cents ($8,196.14), and interest thereafter accruing at the prevailing legal rate, per annum, until paid in full. A judgment will enter accordingly.

    DONE this 25th day of September, 2007.

                                                                  _____
                                                                  United States District Judge